**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ST. JOHNS RIVERKEEPER, INC.,

       Plaintiff,

v.                                       Case No.: 3:23-cv-1244-WWB-MCR

U.S. METAL TRADING INC.,

       Defendant.

_____/

### ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 39), filed December 1, 2025. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on December 2, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record